# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Mears Group, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00300-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Southeast Underground Services, Inc. et al., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 2, 2021 Order.

July 2, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court