UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00300-RJC-DSC

| | |
|---|---|
| MEARS GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| SOUTHEAST UNDERGROUND SERVICES ) | |
| INC., ON POINT HDD, LLC, AMERICOM ) | |
| TECHNOLOGY INC., and CAROLINA ) | |
| ENVIRONMENTAL RESPONSE TEAM INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendants Carolina Environmental Response Team, Inc., OnPoint HDD, LLC, and Americom Technology Inc.'s (the "Moving Defendants") Motion for Distribution of Funds (Doc. No. 41) (the "Motion"). The Motion seeks the distribution of funds, previously deposited with the Registry of the Court, in the manner agreed to by the Moving Defendants. (Doc. No. 41). The nonmoving Defendants did not respond to Moving Defendants' Motion and the time for doing so has expired. *See* Local Rule 7.1(e).

On January 6, 2022, the Court entered an Order on the Motion (the "Order"). (Doc. No. 42). The Order reserved ruling on the Motion and provided notice to all Defendants that, for the reasons stated therein, the Court intended to grant the Motion upon the terms set forth in the Order if no objections to the Order were filed within fourteen days of its entry. Neither the Defendants nor any other party filed an objection to the Order within fourteen days of its entry.

**IT IS, THEREFORE, ORDERED** that:

1. For the reasons set forth in the Court's Order entered on January 6, 2022 (Doc. No 42),

1

the Defendants Carolina Environmental Response Team, Inc., OnPoint HDD, LLC, and Americom Technology Inc.'s Motion for Distribution of Funds (Doc. No. 41) is **GRANTED**.

2. The Clerk of Court is directed to distribute the remaining funds deposited with the Registry of Court in this matter as follows:

| | |
|---|---|
| Carolina Environmental Response Team, Inc. | $248,585.35 |
| OnPoint HDD, LLC | $161,402.69 |
| Americom Technology Inc. | $ 40,103.13 |

Signed: January 31, 2022

Robert J. Conrad, Jr.
United States District Judge